34

# EXHIBIT A

Case 1:25-cv-01560-LJL   Document 1-1   Filed 02/24/25   Page 1 of 2

**CONSENT TO SUE**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf against USA QR Culture Industrial Development LLC, to recover unpaid wages as required under state and/or federal law. I consent to being named as the representative plaintiff in this action to make decisions on behalf of all other plaintiff(s) concerning this action. I hereby authorize Seo Law Group, PLLC to represent me in this case, and I agree to be bound by its terms.

_Gabriel Holman_
Full Legal Name (Print)

_[signature]_
Signature

_Feb 7th, 2025_
Date