UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL HOLMAN, individually and on behalf all other employees similarly situated,

                           Plaintiff,

                         - against -

USA QR CULTURE INDUSTRIAL DEVELOPMENT LLC d/b/a Hutaoli Music Restaurant & Bar a/k/a Hutaoli, WEI YOU a/k/a Mr. You a/k/a Ms. You, SHUAI ZHANG a/k/a Ms. Shu, and CHERRIE ZHANG,

                           Defendants.

Case No. 1:25-cv-01560

**WITHDRAWAL OF APPEARANCE**

To:    The clerk of the court and all parties of record

PLEASE TAKE NOTICE that Robert Jun is no longer employed with Seo Law Group, PLLC, as of April 9, 2025. Seo Law Group, PLLC will continue to represent Plaintiff in this matter, and no party will be prejudiced if this request is granted.

WHEREFORE, undersigned counsel and Defendants respectfully request that this Court permit Robert Jun to withdraw his appearance as counsel for Plaintiff in the above referenced action, and respectfully request him removal from the CM/ECF noticing list and any other service list in this case.

We appreciate the Court's time and continued attention in this matter.

Dated:   April 14, 2025
         Flushing, New York

                                    **SEO LAW GROUP, PLLC**

                                    By:*/s/ Diana Seo*
                                    Diana Y. Seo, Esq.
                                    136-68 Roosevelt Ave., Suite 726
                                    Flushing, New York 11354
                                    Tel: (718) 500-3340
                                    Email: diana@seolawgroup.com
                                    *Attorneys for Plaintiff*

**SO ORDERED:**

Dated:_____                           _____
                                                                        Hon. Lewis J. Liman
                                                                        United States District Judge