```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
GABRIEL HOLMAN,                                                :
                                                               :
                          Plaintiff,                           :
                                                               :      25-cv-1560 (LJL)
        -v-                                                    :
                                                               :          ORDER
USA QR CULTURE INDUSTRIAL DEVELOPMENT                          :
LLC, ET AL.,                                                   :
                                                               :
                          Defendants.                          :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held an initial pretrial conference on June 5, 2025. Counsel for the Plaintiff appeared but no counsel for any Defendant appeared. Within one week of the appearance of any Defendant in this case, the Plaintiff shall submit a letter requesting a conference.

SO ORDERED.

Dated: June 5, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge