UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GABRIEL HOLMAN, individually and on behalf all other employees similarly situated,

       Plaintiff,

- against -

USA QR CULTURE INDUSTRIAL DEVELOPMENT LLC d/b/a Hutaoli Music Restaurant & Bar a/k/a Hutaoli, WEI YOU a/k/a Mr. You a/k/a Ms. You, SHUAI ZHANG a/k/a Ms. Shu, and CHERRIE ZHANG,

       Defendants.

Case No. 1:25-cv-01560

**REQUEST FOR CERTIFICATE OF DEFAULT**

---

TO: CLERK
   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK

Please enter the default of Defendants USA QR CULTURE INDUSTRIAL DEVELOPMENTLLC d/b/a Hutaoli Music Restaurant & Bar a/k/a Hutaoli, WEI YOU a/k/a Mr. You a/k/a Ms. You, SHUAI ZHANG a/k/a Ms. Shu, and CHERRIE ZHANG, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Joshua A. Scerbo, Esq. of Seo Law Group, PLLC, attorneys for the Plaintiff in the above-entitled action.

Dated: Flushing, New York
     October 29, 2025

**SEO LAW GROUP, PLLC**

By: */s/ Joshua A. Scerbo*
   Joshua A. Scerbo, Esq.
   136-68 Roosevelt Ave., Suite 726
   Flushing, New York 11354
   Telephone: (718) 500-3347
   Email: Joshua@seolawgroup.com
   *Attorneys for Plaintiff*