UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GABRIEL HOLMAN, *individually and on behalf of all*                    :
*other employees similarly situated,*                                  :
                                                                       :
                                                                       :
                                  Plaintiff,                           :          25-cv-1560 (LJL)
                                                                       :
                                                                       :
              -v-                                                      :          <u>ORDER</u>
                                                                       :
USA QR CULTURE INDUSTRIAL DEVELOPMENT                                   :
LLC d/b/a HUTAOLI MUSIC RESTAURANT & BAR,                               :
et. al,                                                                 :
                                                                       :
                                  Defendants.                          :
                                                                       :
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/9/2026___

LEWIS J. LIMAN, United States District Judge:

Plaintiff Gabriel Holman ("Plaintiff") moves, pursuant to Federal Rule of Civil Procedure 55, for a default judgment against Defendants USA QR Culture Industrial Development LLC, Wei You, Shuai Zhang, and Cherrie Zhang (together, "Defendants").  Dkt. No. 20.  The motion is procedurally defective due to Plaintiff's failure to comply with Rule 55.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, as well as Rule 3(E) of this Court's Individual Practices.  The motion for default judgment is therefore denied, and Plaintiff is directed to refile a request for certificate of default from the Clerk of Court.

"[C]ourts in the Eastern and Southern Districts regularly deny [default judgment] motions when strict procedural compliance is lacking." *See Campbell v. Isolator Fitness, Inc.*, 2023 WL 6444904, at *2 (S.D.N.Y. Oct. 3, 2023) (quoting *United States v. Hamilton*, 2019 WL 6830318, at *2 (E.D.N.Y. Nov. 26, 2019), *report and recommendation adopted*, 2019 WL 6828276 (E.D.N.Y. Dec. 13, 2019)).  "A motion for default judgment will not be granted unless the party

making the motion adheres to all of the applicable procedural rules." *Bhagwat v. Queens Carpet Mall, Inc.*, 2017 WL 9989598, at *1 (E.D.N.Y. Nov. 21, 2017); *see also Abbas v. Hestia Tobacco, LLC*, 2020 WL 9812912, at *3 (E.D.N.Y. Aug. 28, 2020) ("Plaintiff's failure to comply with Local Rule 55.2 warrants denial of the motion, without prejudice to renewal upon demonstration of proper service."); *Saheed v. Parker*, 2019 WL 1324026, at *3 (S.D.N.Y. Mar. 25, 2019) (denying motion for default judgment because "Plaintiff's moving papers do not demonstrate that he has complied with" Local Civ. R. 55.2(c)).

Plaintiff filed this motion for default judgment before obtaining a certificate of default, as required by Local Rule 55.2.  It appears from the title and contents of the document filed by Plaintiff's attorney on October 29, 2025 that he intended to file a request for a certificate of default.  Dkt. No. 20.  Once a certificate is obtained pursuant to Local Rule 55.1, Plaintiff is required by Local Rule 55.2 to serve the certificate and all documents in support of the request for default judgment on Defendants.

The motion for default judgment is DENIED.  The Clerk of Court is respectfully directed to close Dkt. No. 20.

SO ORDERED.

Dated: June 9, 2026
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2