UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

GABRIEL HOLMAN, *individually and on behalf of all
other employees similarly situated*,

                                  Plaintiff,

                  -v-

USA QR CULTURE INDUSTRIAL DEVELOPMENT
LLC d/b/a HUTAOLI MUSIC RESTAURANT & BAR,
et. al,

                            Defendants.

--------------------------------------------------------------------X

25-cv-1560 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/24/2026

LEWIS J. LIMAN, United States District Judge:

On June 9, 2026, the Court issued an order denying Plaintiff's motion at Dkt. No. 20, which, although docketed as a motion for default judgment, may instead have been a request for the Clerk of Court to issue certificates of default.  *See* Dkt. No. 24.

By July 8, 2026, Plaintiff shall file a letter with the Court regarding the status of the case.

A telephonic status conference is scheduled for July 9, 2026, at 2:00 PM.  Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

SO ORDERED.

Dated: June 24, 2026
      New York, New York

                                                LEWIS J. LIMAN
                                   United States District Judge