USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL HOLMAN, *individually and on behalf of all other employees similarly situated*,

Plaintiff,

-v-

USA QR CULTURE INDUSTRIAL DEVELOPMENT LLC d/b/a HUTAOLI MUSIC RESTAURANT & BAR, et al.,

Defendants.

25-cv-1560 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, July 9, 2026. This Order memorializes the rulings made at the hearing:

By July 31, 2026, Plaintiff shall file its motion for default judgment. Any opposition to the motion for default judgment shall be filed no later than August 14, 2026. The Court will hold a telephonic hearing on the motion for default judgment on August 20, 2026 at 3:00 p.m. Parties are directed to dial into the Court's teleconference line at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. Plaintiff is directed to serve the motion for default judgment on Defendant and to file proof of such service on the docket. Plaintiff is also directed to indicate the date and time of the telephonic hearing and the deadline for filing any opposition to the motion for default judgment in its Notice of Motion. Plaintiff shall serve this

Order on Defendant.

SO ORDERED.



Dated: July 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge