USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 08/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

GABRIEL HOLMAN, *individually and on behalf of all other employees similarly situated*,

Plaintiff,

-v-

USA QR CULTURE INDUSTRIAL DEVELOPMENT LLC d/b/a HUTAOLI MUSIC RESTAURANT & BAR, et al.,

Defendants.

---------------------------------------------------------------------X

25-cv-1560 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

At a status conference held in this matter on July 9, 2026, Plaintiff represented that it had recently filed a request for a certificate of default in order to initiate proceedings on its anticipated motion for default judgment. The Court thereafter set a briefing schedule directing Plaintiff to file its motion for default judgment by July 31, 2026 and for any opposition to the motion to be filed no later than August 14, 2026. Dkt. No. 28. The Court also scheduled a telephonic hearing on the motion for August 20, 2026 at 3:00 p.m. *Id.*

However, the Clerk of Court has identified a filing error with Plaintiff's request for a certificate of default, namely that it was erroneously filed as a motion for entry of default rather than a Proposed Clerk's Certificate of Default. Dkt. No. 26. On August 14, 2026, the Clerk of Court notified Attorney Lisa Skruck of the error and instructed Plaintiff to refile the request using the appropriate event type. *See* August 14, 2026 Minute Entry.

Plaintiff is directed to refile its request for a certificate of default by August 19, 2026 in accordance with Local Civil Rule 55.1 and Fed. R. Civ. P. 55. Plaintiff may also consult the

Court's website at https://www.nysd.uscourts.gov/forms/clerks-certificate-default for additional information.

The telephonic hearing previously scheduled for August 20, 2026 at 3:00 p.m. is CANCELED. Plaintiff shall file its motion for default judgment by August 24, 2026. Any opposition to the motion for default judgment shall be filed no later than September 18, 2026. The Court will hold a telephonic hearing on the motion for default judgment on September 24, 2026 at 12:00 p.m. Parties are directed to dial into the Court's teleconference line at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

Plaintiff is directed to serve the motion for default judgment, along with a memorandum of law in support thereof and a proposed order and all papers required by Local Civil Rule 55.2, on Defendants and to file proof of such service on the docket. Plaintiff is also directed to indicate the date and time of the telephonic hearing and the deadline for filing any opposition to the motion for default judgment in its Notice of Motion. Plaintiff further shall serve a copy of this Order on Defendants.

SO ORDERED.

Dated: August 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge