# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340


September 11, 2026

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St., Courtroom 9B
New York, New York 10007-1312

**Re.:** ***Holman v. USA QR Culture Industrial Development LLC et al.*****,**
**Case No. 1:25-cv-01560 – LJL**

Dear Judge Liman:

This firm represents plaintiff Gabriel Holman ("Plaintiff") in the above-referenced action. We write regarding the deadline for filing the motion for default judgment, as set forth in Your Honor's Order dated August 21, 2026. Plaintiff was directed to file the request for a default certificate by September 8, 2026 and the motion for default judgment by September 14, 2026. We attempted to file Plaintiff's request for a default certificate on September 8 and again on September 10. Both times, the clerk rejected the filing as deficient.

Specifically, the clerk stated on September 10, 2026 that the September 8th filing was deficient because "the proposed clerk's certificate of default doesn't list the name(s) for the party(ies) who was/were accepted service." In response, we revised the proposed certificate in accordance with the clerk's instructions and filed again on September 10, 2026. The proposed certificate we filed that day explicitly listed the names of the parties who were served, stating as follows: "The parties served were Defendants USA QR Culture Industrial Development LLC, Shuai Zhang, Cherrie Zhang, and Wei You. They were served as follows….[continuing on to provide service details]."

Today, the clerk rejected that filing, stating that it is deficient because "the proposed clerk's certificate of default does not list the name(s) for the party(ies) who accepted service." We would appreciate very much an opportunity to speak to the clerk's office to better understand how to correct the deficiency, given that our attempts to do so to date have failed.

In view of the fact that there is no certificate of default yet, Plaintiff requests that the deadline to file a motion for default judgment be adjourned until the date that is seven days after the date the clerk provides a default certificate.

SG

We thank the Court for its consideration.

Respectfully submitted,

/s/ *Lisa Skruck*

Lisa Skruck

Plaintiff's motion is GRANTED IN PART and DENIED IN PART. The deadline for filing the Clerk's certificate of default is extended to September 28, 2026. The motion for a default judgment shall be filed and served by October 6, 2026, and shall set a return date for opposition papers of October 23, 2026, and a date for a telephonic hearing on the motion for default judgment to be held on October 28, 2026 at 3:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

September 14, 2026