USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL HOLMAN, *individually and on behalf of all other employees similarly situated*,

Plaintiff,

-v-

USA QR CULTURE INDUSTRIAL DEVELOPMENT LLC d/b/a HUTAOLI MUSIC RESTAURANT & BAR, et al.,

Defendants.

25-cv-1560 (LJL)

MEMORANDUM AND ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is Plaintiff's motion, pursuant to Federal Rule of Civil Procedure 55, for entry of a default judgment against Defendants USA QR Culture Industrial Development LLC, Wei You, Shuai Zhang, and Cherrie Zhang (together, "Defendants"). Dkt. No. 47. The motion is procedurally defective due to Plaintiff's failure to comply with Rule 55.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, as well as Rule 3(E) of this Court's Individual Practices. The motion for default judgment is therefore denied without prejudice to renewal.

"[C]ourts in the Eastern and Southern Districts regularly deny [default judgment] motions when strict procedural compliance is lacking." *See Campbell v. Isolator Fitness, Inc.*, 2023 WL 6444904, at *2 (S.D.N.Y. Oct. 3, 2023) (quoting *United States v. Hamilton*, 2019 WL 6830318, at *2 (E.D.N.Y. Nov. 26, 2019), *report and recommendation adopted*, 2019 WL 6828276 (E.D.N.Y. Dec. 13, 2019)). "A motion for default judgment will not be granted unless the party making the motion adheres to all of the applicable procedural rules." *Bhagwat v. Queens Carpet*

*Mall, Inc.*, 2017 WL 9989598, at *1 (E.D.N.Y. Nov. 21, 2017); *see also Abbas v. Hestia Tobacco, LLC*, 2020 WL 9812912, at *3 (E.D.N.Y. Aug. 28, 2020) ("Plaintiff's failure to comply with Local Rule 55.2 warrants denial of the motion, without prejudice to renewal upon demonstration of proper service."); *Saheed v. Parker*, 2019 WL 1324026, at *3 (S.D.N.Y. Mar. 25, 2019) (denying motion for default judgment because "Plaintiff's moving papers do not demonstrate that he has complied with" Local Civ. R. 55.2(c)).

On September 14, 2026, the Court extended Plaintiff's time to file its request for a certificate of default to September 28, 2026 and its motion for default judgment to October 6, 2026. Dkt. No. 43. The Court also directed Plaintiff to set a return date for opposition papers of October 23, 2026, and a date for a telephonic hearing on the motion for default judgment to be held on October 28, 2026 at 3:00 p.m. *Id.* The Court's prior orders further directed Plaintiff to serve the motion for default judgment, along with a memorandum of law in support thereof and a proposed order and all papers required by Local Civil Rule 55.2, on Defendants and to file proof of such service on the docket. *See* Dkt. Nos. 28, 30. Plaintiff was also directed to indicate the date and time of the telephonic hearing and the deadline for filing any opposition to the motion for default judgment in its Notice of Motion. *Id.*

Plaintiff's papers do not comply with the Court's prior orders or with the requirements of Local Civil Rule 55.2. The Notice of Motion does not indicate the date and time of the telephonic hearing or the deadline for filing opposition papers to the motion for default judgment. *See* Dkt. No. 47. Nor has Plaintiff filed a certificate of service stating that all documents in support of the motion for default judgment, including the certificate of default and all papers required by Local Civil Rule 55.2, have been served on Defendants.

Accordingly, Plaintiff's motion for default judgment is DENIED. The telephonic hearing previously scheduled for October 28, 2026 at 3:00 p.m. is CANCELLED. Plaintiff shall file a renewed motion for default judgment by October 30, 2026. Any opposition to the motion for default judgment shall be filed no later than November 23, 2026. The Court will hold a telephonic hearing on the motion for default judgment on December 3, 2026 at 11:00 a.m. Parties are directed to dial into the Court's teleconference line at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

Plaintiff is directed to serve the motion for default judgment, along with a memorandum of law in support thereof and a proposed order and all papers required by Local Civil Rule 55.2, on Defendants and to file proof of such service on the docket. Plaintiff is also directed to indicate the date and time of the telephonic hearing and the deadline for filing any opposition to the motion for default judgment in its Notice of Motion. Plaintiff further shall serve a copy of this Order on Defendants and file proof of such service on the docket.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 47, 48, 49, and 50.

SO ORDERED.

Dated: October 23, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge